Wednesday, April 13, 2011

Misc. No. 11–8022/AR. In re Charles A. Graner, Jr., Petitioner v. Commandant, U.S. Disciplinary Barracks and the United States, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus and mandamus was filed under Rule 27(a) on February 28, 2011, and placed on the docket this date. On consideration thereof, it is ordered that said petition is hereby denied.

No. 07–0253/NA. U.S. v. John A. Halsema. CCA 20001337. Appellee's motion to correct errata granted.

No. 10–0512/AR. U.S. v. Troy D. Gaddis. CCA 20080150. Appellant's motion for leave to file a supplemental brief addressing new matters raised by Appellate Government Counsel in oral argument is hereby granted.

Thursday, April 14, 2011

No. 11–0282/AR. U.S. v. Bobby D. Morrissette. CCA 20090166. Review granted on the following issue:

WHETHER APPELLANT'S FIFTH AMENDMENT RIGHT AGAINST SELF–INCRIMINATION WAS VIOLATED WHEN HE WAS PROSE- CUTED FOR OFFENSES ABOUT WHICH HE HAD PROVIDED IMMU- NIZED STATEMENTS.

Briefs will be filed under Rule 25.

No. 11–0303/MC. U.S. v. Thomas R. Lirley. CCA 201000502. Review granted on the following issue: